HAMILTON *v.* BAKER, JUDGE, DEARBORN CIRCUIT COURT.

[No. 0-402. Filed April 22, 1955.]

*Frank Hamilton, pro se.*

*Lester G. Baker, pro se.*

ACHOR, J.—Petitioner was convicted of a felony for which he was committed to the Indiana State Prison at Michigan City by the Dearborn Circuit Court on August 3, 1948. Thereafter, in the year 1954, petitioner,

*in propria persona,* made application *in forma pauperis* to Lester G. Baker, as Judge of the Dearborn Circuit Court for a writ of error *coram nobis,* which petition was denied. This action erroneously designated by relator as a "petition for writ of certiorari to the Dearborn Circuit Court" is, in fact, an original action by the petitioner *in forma pauperis* and *pro se,* whereby petitioner seeks to mandate the respondent Lester G. Baker, Judge of the Dearborn Circuit Court, to provide petitioner without cost a transcript, including a bill of exceptions of said *coram nobis* proceedings for the purpose of an appeal to this court from the judgment in that proceedings.

Petitioner is not entitled, as a matter of right, to have the trial court furnish him without cost a bill of exceptions for use upon an appeal in connection with a proceeding for a writ of error *coram nobis.* Since petitioner's original time for appeal has expired, his remedy is through the Public Defender, who is now authorized to represent him and to procure a transcript of the proceedings at public expense, if he has any meritorious cause for consideration by this court. See Acts 1945, ch. 38, Sec. 2, p. 81; Sections 13-1402, 13-1405, Burns' 1942 Repl. (1953 Supp.) ; *State ex rel. Casey* v. *Murray* (1952), 231 Ind. 74, 106 N. E. 2d 911; *Green* v. *State* (1952), 230 Ind. 400, 103 N. E. 2d 429; *State ex rel. Crawford* v. *Owen* (1948), 225 Ind. 601, 77 N. E. 2d 123 ; *State ex rel. Delong* v. *Bain, Judge* (1946), 224 Ind. 240, 78 N. E. 2d 431.

Therefore, the writ prayed for by petitioner should be and is hereby denied.

NOTE.—Reported in 126 N. E. 2d 12.